1 **JASON G. REVZIN**
Nevada Bar No. 008629
2 jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
3 6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
4 (702) 893-3383
(702) 893-3789 Fax
5 *Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

| | |
|---|---|
| DEBBIE A. SPENDLOVE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:18-cv-00490-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Debbie A. Spendlove ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On March 16, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 11, 2018. The allegations in Plaintiff's Complaint date back to November 2016 and relate to one account allegedly reporting on the Plaintiff's credit file. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 11, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

| Dated this 6th day of April, 2018 | Dated this 6th day of April, 2018 |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **KNEPPER & CLARK, LLC** |
| */s/ Jason G. Revzin* | */s/ Miles N. Clark* |
| Jason G. Revzin | Miles N. Clark |
| Nevada Bar No. 8629 | Nevada Bar No. 13848 |
| 6385 South Rainbow Blvd., Suite 600 | 10040 W. Cheyanne Ave., Suite 170-109 |
| Las Vegas, NV 89118 | Las Vegas, Nevada 89129 |
| Telephone: (702) 893-3383 | Telephone: (702) 825-6060 |
| Facsimile: (702) 893-3789 | Facsimile: (702) 447-8048 |
| Email: Jason.revzin@lewisbrisbois.com | Email: miles.clark@knepperclark.com |
| Counsel for Trans Union LLC | Counsel for Plaintiff |

## **ORDER**

IT IS SO ORDERED that Trans Union has up to and including May 11, 2018 in which to file an answer or otherwise respond to Debbie Spendlove's Complaint.

Dated this 6th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE