Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE A. SPENDLOVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00490-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear their own fees and costs.

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated September 13, 2018.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| matthew.knepper@knepperclark.com | Email: asharples@nblawnv.com |
| miles.clark@knepperclark.com | Email: jbraster@nblawnv.com |
| | |
| **HAINES & KRIEGER, LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Katherine A. Neben, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 14590 |
| 8985 S. Eastern Avenue, Suite 350 | 3161 Michelson Drive |
| Henderson, NV 89123 | Irvine, CA 92612 |
| dkrieger@hainesandkrieger.com | Email: kneben@jonesday.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |
| **LEWIS BRISBOIS BISGAARD & SMITH** | |
| /s/ *Jason Revzin* | |
| Jason Revzin, Esq. | |
| Nevada Bar No. 8629 | |
| 6385 S. Rainbow Blvd., Suite 600 | |
| Las Vegas, NV 89118 | |
| Email: Jason.revzin@lewisbrisbois.com | |
| | |
| *Counsel for Defendant Trans Union LLC* | |

/ / /

STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE - 2

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

# WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED September 19, 2018.