Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBBIE A. SPENDLOVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00490-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice. Each party will bear their own fees and costs.

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE - 1

IT IS SO STIPULATED.
Dated September 26, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER, LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant Trans Union LLC* |
| **SNELL & WILMER LLP**<br><br>/s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED September 27, 2018.

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE - 2