Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE A. SPENDLOVE, | Case No.: 2:18-cv-00490-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC, and WELLS FARGO HOME MORTGAGE, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice. Each party will bear their own fees and costs.

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 1

1     The Plaintiff's claims in this matter are fully resolved.

    IT IS SO STIPULATED.

    Dated October 12, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8629 |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: Jason.revzin@lewisbrisbois.com |
| Las Vegas, NV 89129 | |
| matthew.knepper@knepperclark.com | *Counsel for Defendant Trans Union LLC* |
| miles.clark@knepperclark.com | |
| | |
| **HAINES & KRIEGER, LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED October 17, 2018.

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 2